## Commonwealth of Ky. v. Lile.

(Decided November 11, 1910.)

### Appeal from Green Circuit Court.

This indictment is identical, except as to the name of the defendant, with the case of Commonwealth v. Henry Vaughn from the same court, decided by Judge Hobson on the same day, which opinion is adopted as the opinion in this case.

JAMES BREATHITT, Attorney General, and TOM B. McGREGOR, Asst. Attorney General, for appellant.

OPINION OF THE COURT BY JUDGE SETTLE—Reversing.

The circuit court by the judgment appealed from in this case sustained a demurrer to an indictment returned against the appellee, Esmus Lile, charging him with

fraudulently obtaining property by falsely personating another person. Of that judgment the Commonwealth complains.

The indictment is identical, except as to the name of the defendant, with that in the case of the Comonwealth v. Henry Vaughn from the same court, to which a demurrer was also sustained.

In the latter case, it was decided by this court that the indictment is good and that the circuit court erred in sustaining the defendant's demurrer to same.

The court's views in the case of the Commonwealth v. Vaughn and the reasons given therefor, are set forth in an opinion this day handed down, and the same being conclusive of the case at bar, compels a reversal of the judgment therein, the question involved being the same. The opinion referred to is adopted as the opinion in the case at bar.

Wherefore, the judgment is reversed and case remanded with directions to the circuit court to set aside the judgment appealed from and enter another overruling the demurrer, that the case may proceed to trial in conformity to the opinion.